# JS-6

# DISTRICT COURT OF CALIFORNIA

# IN THE CENTRAL DISTRICT

| | |
|---|---|
| GLADYS BELTRAN<br><br>Plaintiff,<br><br>vs.<br><br>ADIR INTERNATIONAL, LLC D/B/A LA CURACAO a corporation; and DOES 1 to 10, inclusive,<br><br>Defendant(s). | Case No.: **2:15-cv-09408-DDP-AJW**<br><br>**ORDER** |

PURSUANT TO THE STIPULATION, IT IS SO ORDERED that all claims of Plaintiff, Gladys Beltran, against Defendant, ADIR International, LLC, d/b/a La Curacao are dismissed, with prejudice. Plaintiff and Defendant shall each bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

Date: May 3, 2017

_____
Honorable Dean D. Pregerson
United States District Judge